■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARNOLD RICE, APPELLANT.— Motion by appellant for reconsideration of his motion to dispense with printing, enlarge time and assign counsel. Motion granted, and order entered September 28, 1959, vacated. Upon reconsideration the original motion is granted. The appeal will be heard on the original papers (including the typed minutes) and on typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the February 1961 Term. The appeal is ordered on the calendar for said term. Arnold Roseman, Esq., 405 Lexington Avenue, New York, N. Y., is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DWIGHT TIPPINS, Appellant.— On the court's own motion, the decision handed down September 26, 1960 (ante, p. 955), is amended by striking out the designation of Leonard H. Kaplan, Esq., as counsel to prosecute the appeal, and by designating Nathaniel Seligman, Esq., 50 Court Street, Brooklyn, New York, as such counsel. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES WILLIAMS, Appellant.— Motion by appellant for substitution of assigned counsel, denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BARNEY WOLFSON, Appellant.— Motion to dispense with printing granted. The appeal will be heard on the original papers and on a typewritten brief. The appellant is directed to file six typewritten copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the February 1961 Term. The appeal is ordered placed on the calendar for said term. Motion for assignment of counsel granted. David F. Price, Esq., 66 Court St., Brooklyn, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ DOUGLAS RITTENHOUSE, Individually and as Guardian ad Litem for RAYMOND S. RITTENHOUSE, an Infant, Appellant, v. TOWN OF NORTH HEMPSTEAD et al., Respondents, et al., Defendant.— Motions for reargument referred to the court that rendered the decision. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur. Motions for reargument denied, without costs. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.